IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JASON WORLD,

    Petitioner,

v.                                   CASE NO. 5:08-cv-62-RS-AK

WALTER MCNEIL,

    Respondent.
_____/

**O R D E R**

This matter is before the Court on Doc. 11, Petitioner's Motion for Extension of Time to File Response. Having carefully considered the matter, the Court finds the motion is well taken, and it is **GRANTED**. Petitioner may file a reply no later than **July 31, 2008**.

**DONE AND ORDERED** this  *8th*   day of July, 2008.

                                    *s/ A. KORNBLUM*
                                    **ALLAN KORNBLUM**
                                    **UNITED STATES MAGISTRATE JUDGE**