**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

JASON WORLD,

        Petitioner,

vs.                            CASE NO. 5:08cv62/RS-GRJ

WALTER A. McNEIL, Secretary of
Florida Department of Corrections,
et al,

        Respondent.
_____/

## ORDER

      Before me is the Magistrate Judge's Report and Recommendation (Doc. 23).

Petitioner has not filed objections.

      **IT IS ORDERED:**

      1.      The Magistrate Judge's Report and Recommendation is approved and

incorporated in this Order.

      2.      The Petition For Writ Of Habeas Corpus (Doc. 1) is **denied**, and a

certificate of appealability is denied.

      3.      The clerk is directed to close the file.

      **ORDERED** on March 31, 2011.

                    /S/ Richard Smoak_____
                    **RICHARD SMOAK**
                    **UNITED STATES DISTRICT JUDGE**